IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ERIN SCHWEIKERT,** | : CIVIL ACTION |
| *Plaintiff,* | : |
| v. | : No. 20-4310 |
| **THOMAS EAGLE,** *et al.*, | : |
| *Defendant.* | : |

# ORDER

**AND NOW**, this 9th day of February, 2022, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 18), Plaintiff's Response (Doc. No. 19), and Defendants' Reply (Doc. No. 20), it is hereby **ORDERED** that:

1. Defendants' Motion is **DENIED**.

2. Within **fourteen (14) days** from the date of this Order, Plaintiff shall provide Defendants with the subject matter of any treating physician expert testimony together with a summary of the facts, opinions, and bases of those opinions.

3. Within **forty-five (45) days** from receipt of Plaintiff's disclosures, Defendants shall complete any desired depositions of Plaintiff's treating physicians.

4. A trial scheduling conference is set for **Thursday, April 14, 2022 at 2:00 p.m.** The conference shall be held by telephone. Counsel are directed to dial in as follows: (1) Call: 888-684-8852; (2) Enter access code: 2187450#; (3) Press # to enter as a participant.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**